# In The
# United States Court of Appeals
## for the
# Third Circuit

Case No. 12-3875

HEATHER HINTERBERGER

v.

IROQUOIS SCHOOL DISTRICT and SALLY LOFTUS

SALLY LOFTUS

*Appellant*

*On Appeal from the September 26, 2012 Memorandum Opinion and Order
of the United States District Court for the Western District of Pennsylvania, at
Civil Action No. 08-317 Erie, Denying
Defendant/Appellant Sally Loftus's Motion for Summary Judgment*

## ADDENDUM TO APPENDIX OF APPELLANT

RICHARD A. LANZILLO, ESQ.
KNOX MCLAUGHLIN GORNALL
& SENNETT, P.C.
120 West Tenth Street
Erie, Pennsylvania 16501
(814) 459-2800

Attorneys for Appellant,
Sally Loftus


# TABLE OF CONTENTS

**VOLUME I**

Notice of Appeal ................................................................................................ A0001

Memorandum Opinion and Order of Judgment
entered September 26, 2012 ............................................................................. A0004

**VOLUME II**

Complaint against Iroquois School District and Sally Loftus filed by
Heather Hinterberger ........................................................................................ A0066

Answer to Complaint filed by Iroquois School District and Sally Loftus ....... A0087

Amended Complaint against Iroquois School District and Sally Loftus
filed by Heather Hinterberger ........................................................................... A0093

Answer to Amended Complaint filed by Iroquois School District
and Sally Loftus ................................................................................................ A0118

Motion for Summary Judgment filed by Iroquois School District
and Sally Loftus ................................................................................................ A0125

Concise Statement of Material Facts in Support of Motion for
Summary Judgment filed by Iroquois School District and Sally Loftus ......... A0127

Transcript of Deposition of Plaintiff Heather Hinterberger ........................... A0143

Transcript of Deposition of Pamela C. Hinterberger ...................................... A0188

Transcript of Deposition of Cheerleader Faith Kindig ................................... A0203

Transcript of Deposition of Cheerleader Ashley McDonald .......................... A0219

Transcript of Deposition of Cheerleader Melissa Kawski ............................. A0231

Transcript of Deposition of Cheerleader Heather Vickey .............................. A0246

Transcript of Deposition of Cheerleader Kristin Soder ................................. A0254

Transcript of Deposition of Cheerleader Sarah Graves .................................. A0269

Transcript of Deposition of Cheerleader Maureen Roth ................................ A0285

Transcript of Deposition of Cheerleading Coach Sally Loftus ........................ A0368

Affidavit of Cheerleader Jessica James ....................................................... A0408

Affidavit of Cheerleader Demonstrator Dana James ................................... A0412

Affidavit of Cheerleader Angela Johnson .................................................... A0415

Affidavit of Champion Cheer Central Camp Advisor Kimberly Soder........... A0419

2010-2011 PIAA Constitution and By-Laws.................................................. A0423

**VOLUME III**

Transcript of Deposition of Plaintiff's Safety Expert William E. Brazier ....... A0469

William E. Brazier Deposition Exhibit 1 — 2010-2011 PIAA Rules and Regulations .................................................................................................... A0518

William E. Brazier Deposition Exhibit 2 — PIAA Application for School Membership ................................................................................................. A0584

William E. Brazier Deposition Exhibit 3 — Football Preseason Bulletin, NFHS .............................................................................................. A0586

William E. Brazier Deposition Exhibit 4 — NFHS/Coaches' Responsibilities............................................................................................. A0604

William E. Brazier Deposition Exhibit 5 — NFHS/Four Spirit Rules Changes Stress Risk Minimization................................................................ A0607

William E. Brazier Deposition Exhibit 6 — AACCA Releases Cheerleading Rules for High School and Younger......................................... A0608

William E. Brazier Deposition Exhibit 7 —2010-11 AACCA School Cheer Safety Rules....................................................................................... A0614

William E. Brazier Deposition Exhibit 8 — 2003-2004 AACCA Cheerleading Safety Guidelines .................................................................. A0616

William E. Brazier Deposition Exhibit 9 — Report dated August 12, 2010........................................................................................... A0621

Transcript of Deposition of School Board President Gary W. Foster ............. A0626

Transcript of Deposition of Athletic Director James Vogt ............................. A0686

Transcript of Deposition of Principal Brian Uplinger .................................... A0712

**VOLUME IV**

Response to Concise Statement of Material Facts in Support of
Motion for Summary Judgment ................................................................... A0838

Resume of William E. Brazier ..................................................................... A0893

August 2, 2010 report of cheerleading safety expert Wm. A.
Sands, Ph.D. ................................................................................................. A0895

Curriculum Vitae of William A. Sands, Ph.D. ............................................. A0922

Affidavit of IHS cheerleader Amanda Reitz ................................................ A0973

Photos of Amanda Reitz as IHS cheerleader ............................................... A0977

Affidavit of Diana Reitz .............................................................................. A0987

March 12, 2004 written statement of IHS cheerleader Melissa Kawski .......... A0989

March 12, 2004 written statement of IHS cheerleader Sarah Graves .............. A0991

March 12, 2004 written statement of IHS cheerleader Angela Johnson .......... A0993

March 12, 2004 written statement of IHS cheerleader Faith Kindig .............. A0995

Defendant Loftus' cheerleading-related coaching education,
training & certification — Defendants' Answers to Interrogatories
(1st Set), No. 11 ......................................................................................... A0996

ISD Policy No. 5.9, Cheerleading/Competition Policy -
Exhibit D to Deposition of Defendant Sally Loftus ...................................... A0999

ISD Policy No. 5.9 - only cheerleading safety rules, guidelines
or policies adopted & implemented from 2001 — 2007; Defendants'
Resp. to Req. for Prod. (1st Set), No. 16 ..................................................... A1001

No job description existed for IHS Athletic Director, James Vogt
from 2001-2005; Defendants' Answers to Interrogatories
(2nd Set), No. 7 ........................................................................................... A1004

February 2004 approval to attend April 2004 National
Cheerleading Competition; Defendants' Response to Req.
for Prod. (1st Set), Bates Nos. 278-279 & Exhibit A to Deposition
of IHS Principal, Brian Uplinger ................................................................ A1007

Reference to see attached School Board minutes re consideration
and Approval of establishing competition cheerleading program
— none attached; Defendants' Response to Req. for Prod.
(1st Set), No. 25 .......................................................................................... A1009

Response to Plaintiff's Statement of Additional Material Facts ...................... A1012

Plaintiff's Responses and Answers to Requests for Admissions
and Interrogatories .................................................................................... A1024

Renewed Motion for Summary Judgment ....................................................... A1048

Transcript of Deposition of Plaintiff's Safety Expert William E.
Brazier ........................................................................................................ A1053

AACCA Safety Guide ....................................................................................... A1155

NFHS Spirit Rules Book ................................................................................... A1283

Deposition Transcript of Amanda Reitz ........................................................... A1337

Deposition Transcript of Diane Reitz ............................................................... A1359

Supplement in Support of Motion for Summary Judgment ............................. A1372

Responses to Supplement in Support of Motion for
Summary Judgment .................................................................................... A1382

William E. Brazier Report dated December 4, 2010 ....................................... A1397

U.S. District Court, Western District of Pennsylvania Docket Sheet .............. A1401

# 1373825.v4

APPEAL,MEDIATION

# U.S. District Court
## Western District of Pennsylvania (Erie)
### CIVIL DOCKET FOR CASE #: 1:08-cv-00317-SJM

| | |
|---|---|
| HINTERBERGER v. IROQUOIS SCHOOL DISTRICT et al | Date Filed: 11/17/2008 |
| Assigned to: Chief Judge Sean J. McLaughlin | Jury Demand: Defendant |
| Case in other court:  Third Circuit, 12-03875 | Nature of Suit: 440 Civil Rights: Other |
|                    Erie County Court of Common Pleas, 12740-2008 | Jurisdiction: Federal Question |
| Cause: 42:2000 Civil Rights: Other | |

**Plaintiff**

**HEATHER HINTERBERGER**      represented by    **Thomas V. Myers**
Nichols & Myers, PC
900 State Street
Suite 104
Erie, PA 16501
(814) 453-4531
Fax: (814) 453-7628
Email: tmyers@nicholsandmyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marissa Savastana Watts**
MacDonald, Illig, Jones & Britton
100 State Street
Suite 700
Erie, PA 16507-1459
(814) 870-7613
Email: mwatts@mijb.com
*ATTORNEY TO BE NOTICED*

**T. Warren Jones**
MacDonald, Illig, Jones & Britton
100 State Street
Suite 700
Erie, PA 16507-1459
(814) 870-7650
Fax: 814-454-4647
Email: tjones@mijb.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

A 1401

**IROQUOIS SCHOOL DISTRICT**  represented by **Richard A. Lanzillo**
*TERMINATED: 09/26/2012*  Knox, McLaughlin, Gornall & Sennett
 120 West Tenth Street
 Erie, PA 16501
 (814) 459-2800
 Email: rlanzillo@kmgslaw.com
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**Defendant**

**SALLY LOFTUS**  represented by **Richard A. Lanzillo**
 (See above for address)
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/15/2012 | | Record complete for Appeal purposes. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified copy of the docket entries. (dm) (Entered: 11/15/2012) |
| 11/15/2012 | 82 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Hearing on Defendants' Motion for Summary Judgment held on 6/2/2011 before Judge Sean J. McLaughlin. Court Reporter/Transcriber Ronald J. Bench, Telephone number 814-464-9613. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely, electronically available to the public without redaction after 90 calendar days. For redaction purposes, or otherwise, during this 90 day period a copy of the transcript may be purchased from the court reporter/transcriber or viewed at the clerk's office public terminal. Notice of Intent for Redaction of Personal Data Identifiers due by 11/23/2012. Redaction Request due 12/6/2012. Redacted Transcript Deadline set for 12/17/2012. Release of Transcript Restriction set for 2/13/2013. (Attachments: # 1 Part 2, # 2 Part 3) (dm) (Entered: 11/15/2012) |
| 11/06/2012 | 81 | TRANSCRIPT REQUEST re 79 Notice of Appeal, by SALLY LOFTUS for proceedings held on JUNE 2, 2011 before Judge SEAN J. MCLAUGHLIN, from Court Reporter(s): RON BENCH. (Lanzillo, Richard) (Entered: 11/06/2012) |
| 10/01/2012 | | NOTIFICATION TO THIRD CIRCUIT COURT OF APPEALS re 79 Notice of Appeal. (dm) (Entered: 10/01/2012) |
| 09/30/2012 | 79 | NOTICE OF APPEAL as to 78 Order on Motion for Summary Judgment by SALLY LOFTUS. Filing fee $ 455, receipt number 0315-2523198. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. The Transcript Purchase Order form will NOT be mailed to the parties. The form is available on the Court's internet site. (Lanzillo, Richard) Modified on 10/1/2012 (dm) (Entered: 09/30/2012) |

A 1402

| | | |
|---|---|---|
| 09/26/2012 | 78 | MEMORANDUM OPINION AND ORDER OF JUDGMENT: AND NOW, to wit, this 26th Day of September, 2012, for the reasons set forth in the accompanying Memorandum Opinion, IT IS ORDERED that Defendants' renewed motion for summary judgment 75 shall be, and hereby is, GRANTED in part and DENIED in part as follows: 1. Said motion is DENIED insofar as it relates to Plaintiff's §1983 claim against Defendant Sally Loftus; and 2. Said motion is GRANTED insofar as it relates to Plaintiff's §1983 claims against the Iroquois School District. In accordance with the foregoing, IT IS ORDERED that JUDGMENT shall be, and here by is, ENTERED in favor of the Iroquois School District and against Plaintiff Heather Hinterberger as to Counts II and VI of the Amended Complaint. Signed by Judge Sean J. McLaughlin on 09/26/2012. (kas) (Entered: 09/26/2012) |
| 11/14/2011 | 77 | RESPONSE *(to Defendant's Supplement in Support of Motion for Summary Judgment)* to 76 Supplement, filed by HEATHER HINTERBERGER. (Attachments: # 1 Exhibit A) (Myers, Thomas) (Entered: 11/14/2011) |
| 10/25/2011 | 76 | SUPPLEMENT by IROQUOIS SCHOOL DISTRICT, SALLY LOFTUS to 75 Motion for Summary Judgment. (Lanzillo, Richard) (Entered: 10/25/2011) |
| 10/12/2011 | 75 | Renewed MOTION for Summary Judgment by IROQUOIS SCHOOL DISTRICT, SALLY LOFTUS. (Attachments: # 1 Exhibit 1, # 2 Exhibit 1-A-1, # 3 Exhibit 1-A-2, # 4 Exhibit 1-B, # 5 Exhibit 1-C, # 6 Exhibit 2, # 7 Exhibit 3, # 8 Proposed Order) (Lanzillo, Richard) (Entered: 10/12/2011) |
| 09/19/2011 | 74 | STATUS REPORT *REGARDING MEDIATION AND FINAL DEPOSITIONS* by IROQUOIS SCHOOL DISTRICT, SALLY LOFTUS. (Lanzillo, Richard) (Entered: 09/19/2011) |
| 07/27/2011 | 73 | ORDER granting 71 Motion to Compel depostition of Plaintiff's expert. Signed by Judge Sean J. McLaughlin on 7/27/11. (nk) (Entered: 07/27/2011) |
| 07/26/2011 | 72 | RESPONSE to Motion re 71 MOTION to Compel DEPOSITION OF PLAINTIFF'S CHEERLEADING SAFETY EXPERT filed by HEATHER HINTERBERGER. (Attachments: # 1 Exhibit) (Jones, T.) (Entered: 07/26/2011) |
| 07/25/2011 | 71 | MOTION to Compel DEPOSITION OF PLAINTIFF'S CHEERLEADING SAFETY EXPERT by IROQUOIS SCHOOL DISTRICT, SALLY LOFTUS. (Attachments: # 1 Proposed Order) (Lanzillo, Richard) (Entered: 07/25/2011) |
| 06/02/2011 | | ORAL ORDER entered during motion hearing held on June 2, 2011 that: (1) discovery shall be reopened for a period of sixty (60) days within which time Defendants shall have leave to conduct additional discovery as set forth in more detail on the record; and (2) the case shall be mediated during this sixty-day period. Defendants' Motion for Summary Judgment 33 and Motion to Strike and/or Disqualify Expert Opinions of William A. Sands 60 are withdrawn without prejudice to be reasserted following the sixty-day period of discovery. Signed by Judge Sean J. McLaughlin on 06/02/2011. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (kas) (Entered: 06/02/2011) |
| 06/02/2011 | | Minute Entry for proceedings held before Judge Sean J. McLaughlin: Motion |

| | | |
|---|---|---|
| | | Hearing held on 6/2/2011 re 60 MOTION TO STRIKE AND/OR DISQUALIFY EXPERT OPINIONS OF WILLIAM A. SANDS filed by SALLY LOFTUS, IROQUOIS SCHOOL DISTRICT, 33 MOTION FOR SUMMARY JUDGMENT filed by SALLY LOFTUS, IROQUOIS SCHOOL DISTRICT. Text-only entry; no PDF document will issue. This text-only entry constitutes the Court's notice on the matter. (Court Reporter: Ron Bench) (kas) (Entered: 06/02/2011) |
| 05/19/2011 | | NOTICE of RESCHEDULING Oral Argument for 6/2/2011 at 10:30 AM in Courtroom C before Judge Sean J. McLaughlin. Text-only entry; no PDF document will issue. This text-only entry constitutes the Court's order or notice on the matter (nk) (Entered: 05/19/2011) |
| 05/17/2011 | 70 | NOTICE of Appearance by Marissa Savastana Watts on behalf of HEATHER HINTERBERGER. (Watts, Marissa) (Entered: 05/17/2011) |
| 05/16/2011 | | NOTICE of RESCHEDULING Oral Argument. Please take notice that the Oral Argument set for 5/17/11 before Judge McLaughlin has been RESCHEDULED for 5/24/11 at 1:30 p.m. Text-only entry; no PDF document will issue. This text-only entry constitutes the Courts order or notice on the matter (nk) (Entered: 05/16/2011) |
| 05/10/2011 | | PLEASE TAKE NOTICE that the Oral Argument scheduled for 5/17/11 will be held at 1:30 p.m. in Courtroom C before Judge Sean J. McLaughlin. Text-only entry. No PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (nk) (Entered: 05/10/2011) |
| 04/12/2011 | | NOTICE of Oral Argument set for 5/17/2011 at 10:30 AM in Courtroom C before Sean J. McLaughlin. Text-only entry; no PDF document will issue. This text-only entry constitutes the Courts order or notice on the matter (nk) (Entered: 04/12/2011) |
| 04/12/2011 | | Minute Entry for proceedings held before Judge Sean J. McLaughlin: Status Conference held on 4/12/2011. Text-only entry; no PDF document will issue. This text-only entry constitutes the Courts order or notice on the matter (Court Reporter: Ron Bench) (nk) (Entered: 04/12/2011) |
| 04/12/2011 | | NOTICE of Status Conference set for 4/12/2011 at 10:30 AM before Judge Sean J. McLaughlin. Attorney Lanzillo will initiate the call with all counsel on the line and call the conference line at 814-464-9615. Text-only entry; no PDF document will issue. This text-only entry constitutes the Court's order or notice on the matter (nk) (Entered: 04/12/2011) |
| 04/12/2011 | 69 | Errata re 68 Exhibits in Support, *SUPPLEMENTAL CITATION TO NEW SUPREME COURT DECISION PERTAINING TO PENDING MOTION FOR SUMMARY JUDGMENT* by IROQUOIS SCHOOL DISTRICT, SALLY LOFTUS. Reason for Correction: EXHIBIT SCANNED OUT OF ORDER. (Attachments: # 1 Exhibit) (Lanzillo, Richard) (Entered: 04/12/2011) |
| 04/11/2011 | 68 | EXHIBITS *SUPPLEMENTAL CITATION TO NEW SUPREME COURT DECISION PERTAINING TO PENDING MOTION FOR SUMMARY JUDGMENT* in Support of 33 Motion for Summary Judgment by IROQUOIS SCHOOL DISTRICT, SALLY LOFTUS. (Attachments: # 1 Exhibit) |

A 1404

| | | |
| --- | --- | --- |
| | | (Lanzillo, Richard) (Entered: 04/11/2011) |
| 04/11/2011 | 67 | REPLY BRIEF by IROQUOIS SCHOOL DISTRICT, SALLY LOFTUS re 60 Motion to Strike, Motion to Disqualify Expert Opinions filed by IROQUOIS SCHOOL DISTRICT, SALLY LOFTUS. (Lanzillo, Richard) Modified on 4/19/2011. (tt) (Entered: 04/11/2011) |
| 03/28/2011 | 66 | BRIEF in Opposition re 60 Motion to Strike, Motion to Disqualify Expert Opinions filed by HEATHER HINTERBERGER. (Attachments: # 1 Exhibit) (Jones, T.) Modified on 4/19/2011. (tt) (Entered: 03/28/2011) |
| 03/07/2011 | | ORDER Response re 60 Motion to Strike, Motion for Miscellaneous Relief; Response to Motion due by 3/28/2011. Signed by Judge Sean J. McLaughlin on 3/7/11. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (nk) (Entered: 03/07/2011) |
| 03/01/2011 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 60 Motion to Strike. ERROR: MULTIPLE Relief Motion Filed as One Relief. CORRECTION: Attorney advised in future that Motions of this nature are to be filed using the Motion Event and clicking on all the reliefs sought in said motion. Clerk of Court added Motion to Disqualify Expert Opinions. This message is for informational purposes only. (dm) (Entered: 03/01/2011) |
| 03/01/2011 | 65 | EXHIBITS in Support of 62 Response by IROQUOIS SCHOOL DISTRICT, SALLY LOFTUS. (Lanzillo, Richard) (Entered: 03/01/2011) |
| 03/01/2011 | 64 | EXHIBITS in Support of 62 Response by IROQUOIS SCHOOL DISTRICT, SALLY LOFTUS. (Lanzillo, Richard) (Entered: 03/01/2011) |
| 02/28/2011 | 63 | REPLY BRIEF by IROQUOIS SCHOOL DISTRICT, SALLY LOFTUS re 33 Motion for Summary Judgment filed by IROQUOIS SCHOOL DISTRICT, SALLY LOFTUS. (Lanzillo, Richard) (Entered: 02/28/2011) |
| 02/28/2011 | 62 | RESPONSE *TO PLAINTIFF'S STATEMENT OF ADDITIONAL MATERIAL FACTS* filed by IROQUOIS SCHOOL DISTRICT, SALLY LOFTUS. (Lanzillo, Richard) (Entered: 02/28/2011) |
| 02/28/2011 | 61 | BRIEF in Support re 60 Motion to Strike *AND/OR DISQUALIFY EXPERT OPINIONS OF WILLIAM A. SANDS* filed by IROQUOIS SCHOOL DISTRICT, SALLY LOFTUS. (Lanzillo, Richard) (Entered: 02/28/2011) |
| 02/28/2011 | 60 | MOTION to Strike *AND/OR DISQUALIFY EXPERT OPINIONS OF WILLIAM A. SANDS* by IROQUOIS SCHOOL DISTRICT, SALLY LOFTUS. (Lanzillo, Richard). Added MOTION to Disqualify Expert Opinions on 3/1/2011. (dm) (Entered: 02/28/2011) |
| 02/23/2011 | | ORDER granting 59 Motion for Extension of Time to File Response; Response due by 2/28/2011. Signed by Judge Sean J. McLaughlin on 2/23/11. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (nk) (Entered: 02/23/2011) |
| 02/16/2011 | 59 | MOTION for Extension of Time to File Response/Reply *TO COUNTER CONCISE STATEMENT OF MATERIAL FACTS AND REPLY BRIEF IN* |

A 1405

| | | |
|---|---|---|
| | | *SUPPORT OF MOTION FOR SUMMARY JUDGMENT* by IROQUOIS SCHOOL DISTRICT, SALLY LOFTUS. (Attachments: # 1 Proposed Order) (Lanzillo, Richard) (Entered: 02/16/2011) |
| 01/28/2011 | 58 | EXHIBITS in Support of 45 Appendix by HEATHER HINTERBERGER. (Attachments: # 1 Exhibit 21 - Part 2, # 2 Exhibit 22, # 3 Exhibit 23, # 4 Exhibit 24, # 5 Exhibit 25, # 6 Exhibit 26, # 7 Exhibit 27, # 8 Exhibit 28, # 9 Exhibit 29, # 10 Exhibit 30, # 11 Exhibit 31, # 12 Exhibit 32) (Myers, Thomas) (Entered: 01/28/2011) |
| 01/28/2011 | 57 | EXHIBITS in Support of 45 Appendix by HEATHER HINTERBERGER. (Attachments: # 1 Exhibit 21 - Part 1) (Myers, Thomas) (Entered: 01/28/2011) |
| 01/28/2011 | 56 | EXHIBITS in Support of 45 Appendix by HEATHER HINTERBERGER. (Attachments: # 1 Exhibit 19, # 2 Exhibit 20) (Myers, Thomas) (Entered: 01/28/2011) |
| 01/28/2011 | 55 | EXHIBITS in Support of 45 Appendix by HEATHER HINTERBERGER. (Attachments: # 1 Exhibit 17, # 2 Exhibit 18) (Myers, Thomas) (Entered: 01/28/2011) |
| 01/28/2011 | 54 | EXHIBITS in Support of 45 Appendix by HEATHER HINTERBERGER. (Attachments: # 1 Exhibit 14 - Part 2, # 2 Exhibit 15, # 3 Exhibit 16) (Myers, Thomas) (Entered: 01/28/2011) |
| 01/28/2011 | 53 | EXHIBITS in Support of 45 Appendix by HEATHER HINTERBERGER. (Attachments: # 1 Exhibit 13, # 2 Exhibit 14 - Part 1) (Myers, Thomas) (Entered: 01/28/2011) |
| 01/28/2011 | 52 | EXHIBITS in Support of 45 Appendix by HEATHER HINTERBERGER. (Attachments: # 1 Exhibit 10, # 2 Exhibit 11, # 3 Exhibit 12) (Myers, Thomas) (Entered: 01/28/2011) |
| 01/28/2011 | 51 | EXHIBITS in Support of 45 Appendix by HEATHER HINTERBERGER. (Attachments: # 1 Exhibit 7, # 2 Exhibit 8, # 3 Exhibit 9) (Myers, Thomas) (Entered: 01/28/2011) |
| 01/28/2011 | 50 | EXHIBITS in Support of 45 Appendix by HEATHER HINTERBERGER. (Attachments: # 1 Exhibit 6) (Myers, Thomas) (Entered: 01/28/2011) |
| 01/28/2011 | 49 | EXHIBITS in Support of 45 Appendix by HEATHER HINTERBERGER. (Attachments: # 1 Exhibit 5) (Myers, Thomas) (Entered: 01/28/2011) |
| 01/28/2011 | 48 | EXHIBITS in Support of 45 Appendix by HEATHER HINTERBERGER. (Attachments: # 1 Exhibit 4) (Myers, Thomas) (Entered: 01/28/2011) |
| 01/28/2011 | 47 | EXHIBITS in Support of 45 Appendix by HEATHER HINTERBERGER. (Attachments: # 1 Exhibit 3 - Part 2) (Myers, Thomas) (Entered: 01/28/2011) |
| 01/28/2011 | 46 | Appendix to 44 Brief in Opposition to Motion by HEATHER HINTERBERGER. (Attachments: # 1 Exhibit 3 - Part 1) (Myers, Thomas) (Entered: 01/28/2011) |
| 01/27/2011 | 45 | Appendix to 44 Brief in Opposition to Motion by HEATHER HINTERBERGER. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Myers, |

A 1406

| | | |
|---|---|---|
| | | Thomas) (Entered: 01/27/2011) |
| 01/27/2011 | 44 | BRIEF in Opposition re 33 Motion for Summary Judgment filed by HEATHER HINTERBERGER. (Myers, Thomas) (Entered: 01/27/2011) |
| 01/27/2011 | | ORDER granting 42 Motion for Leave to File Excess Pages. Signed by Judge Sean J. McLaughlin on 1/27/11. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (nk) (Entered: 01/27/2011) |
| 01/24/2011 | 43 | RESPONSE to 34 Concise Statement of Material Facts, filed by HEATHER HINTERBERGER. (Myers, Thomas) (Entered: 01/24/2011) |
| 01/24/2011 | 42 | MOTION for Leave to File Excess Pages *(Brief in Excess of 25 pages)* by HEATHER HINTERBERGER. (Attachments: # 1 Exhibit 1, # 2 Proposed Order) (Myers, Thomas) Modified on 1/25/2011. (dm) (Entered: 01/24/2011) |
| 12/29/2010 | | ORDER granting 41 Motion for Extension of Time to File Response/Reply re 33 MOTION for Summary Judgment; Responses due by 1/24/2011. Signed by Judge Sean J. McLaughlin on 12/29/10. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (nk) (Entered: 12/29/2010) |
| 12/22/2010 | 41 | MOTION for Extension of Time to File Response/Reply *to Motion for Summary Judgment* by HEATHER HINTERBERGER. (Attachments: # 1 Proposed Order) (Myers, Thomas) (Entered: 12/22/2010) |
| 12/08/2010 | 40 | EXHIBITS in Support of 37 Appendix by IROQUOIS SCHOOL DISTRICT, SALLY LOFTUS. (Attachments: # 1 Exhibit S, # 2 Exhibit T, # 3 Exhibit U, # 4 Exhibit V, # 5 Exhibit W, # 6 Exhibit X, # 7 Exhibit Y, # 8 Exhibit Z, # 9 Exhibit AA, # 10 Exhibit BB) (Lanzillo, Richard) (Entered: 12/08/2010) |
| 12/08/2010 | 39 | EXHIBITS in Support of 37 Appendix by IROQUOIS SCHOOL DISTRICT, SALLY LOFTUS. (Attachments: # 1 Exhibit M, # 2 Exhibit N, # 3 Exhibit O, # 4 Exhibit P, # 5 Exhibit Q, # 6 Exhibit R) (Lanzillo, Richard) (Entered: 12/08/2010) |
| 12/08/2010 | 38 | EXHIBITS in Support of 37 Appendix by IROQUOIS SCHOOL DISTRICT, SALLY LOFTUS. (Attachments: # 1 Exhibit F, # 2 Exhibit G, # 3 Exhibit H, # 4 Exhibit I, # 5 Exhibit J, # 6 Exhibit K, # 7 Exhibit L) (Lanzillo, Richard) (Entered: 12/08/2010) |
| 12/08/2010 | 37 | Appendix to 33 Motion for Summary Judgment by IROQUOIS SCHOOL DISTRICT, SALLY LOFTUS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (Lanzillo, Richard) (Entered: 12/08/2010) |
| 12/06/2010 | 36 | BRIEF in Support re 33 Motion for Summary Judgment filed by IROQUOIS SCHOOL DISTRICT, SALLY LOFTUS. (Lanzillo, Richard) (Entered: 12/06/2010) |
| 12/06/2010 | | ORDER granting 35 Motion for Leave to File Brief in excess of twenty-five (25) pages. Signed by Judge Sean J. McLaughlin on 12/6/10. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the |

A 1407

| | | |
|---|---|---|
| | | Court or Notice on the matter. (nk) (Entered: 12/06/2010) |
| 12/06/2010 | 35 | MOTION for Leave to File BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT IN EXCESS OF TWENTY FIVE PAGES by IROQUOIS SCHOOL DISTRICT, SALLY LOFTUS. (Attachments: # 1 Exhibit A, # 2 Proposed Order) (Lanzillo, Richard) (Entered: 12/06/2010) |
| 12/06/2010 | 34 | CONCISE STATEMENT OF MATERIAL FACTS re 33 Motion for Summary Judgment by IROQUOIS SCHOOL DISTRICT, SALLY LOFTUS. (Lanzillo, Richard) (Entered: 12/06/2010) |
| 12/06/2010 | 33 | MOTION for Summary Judgment by IROQUOIS SCHOOL DISTRICT, SALLY LOFTUS. (Lanzillo, Richard) (Entered: 12/06/2010) |
| 09/16/2010 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 32 Affidavit. ERROR: Discovery is not filed with the District Court. This message is for informational purposes only. (dm) (Entered: 09/16/2010) |
| 09/15/2010 | 32 | AFFIDAVIT *of Service of Expert Disclosure* by HEATHER HINTERBERGER Affiant: Thomas V. Myers. (Myers, Thomas) (Entered: 09/15/2010) |
| 09/13/2010 | 31 | ANSWER to 30 Amended Complaint by IROQUOIS SCHOOL DISTRICT, SALLY LOFTUS. (Lanzillo, Richard) (Entered: 09/13/2010) |
| 09/10/2010 | 30 | AMENDED COMPLAINT against IROQUOIS SCHOOL DISTRICT, SALLY LOFTUS, filed by HEATHER HINTERBERGER. (Myers, Thomas) (Entered: 09/10/2010) |
| 09/09/2010 | 29 | ORDER granting 25 Motion to Modify pretrial Schedule. Signed by Judge Sean J. McLaughlin on 9/9/10. (nk) (Entered: 09/09/2010) |
| 09/09/2010 | | ORDER granting 24 Motion to Amend Complaint; Plaintiff to file amended complaint as attached as Exhibit A. Signed by Judge Sean J. McLaughlin on 9/9/10. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (nk) (Entered: 09/09/2010) |
| 08/25/2010 | 28 | Errata re 27 Response, *to Corrected Consent to Amendment of Complaint and Motion to Set Schedule for Expert Disclosure and Discovery and to Modify Pretrial Schedule* by HEATHER HINTERBERGER. Reason for Correction: Incorrect filer login and password. (Attachments: # 1 Proposed Order) (Jones, T.) (Entered: 08/25/2010) |
| 08/25/2010 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 27 Response. ERROR: Signature on document and filer do not match. CORRECTION: Attorney advised of signature requirements. Attorney to resubmit the document using the Errata event. This message is for informational purposes only. (dm) (Entered: 08/25/2010) |
| 08/24/2010 | 27 | RESPONSE *to Corrected Consent to Amendment of Complaint and Motion to Set Schedule for Expert Disclosure and Discovery and to Modify Pretrial Schedule* to 26 Errata,, filed by HEATHER HINTERBERGER. (Attachments: # 1 Proposed Order) (Jones, T.) (Entered: 08/24/2010) |

| | | |
|---|---|---|
| 08/24/2010 | 26 | Errata re 25 Motion to Modify *CORRECTED CONSENT TO AMENDMENT OF COMPLAINT AND MOTION TO SET SCHEDULE FOR EXPERT DISCLOSURE AND DISCOVERY AND TO MODIFY PRETRIAL SCHEDULE* by IROQUOIS SCHOOL DISTRICT, SALLY LOFTUS. Reason for Correction: INCORRECT DISPOSITIVE MOTIONS DEADLINE LISTED IN NO. 2. (Attachments: # 1 Proposed Order) (Lanzillo, Richard) (Entered: 08/24/2010) |
| 08/23/2010 | 25 | MOTION to Modify *PRETRIAL SCHEDULE, CONSENT TO AMENDMENT OF COMPLAINT AND MOTION TO SET SCHEDULE FOR EXPERT DISCLOSURE AND DISCOVERY* by IROQUOIS SCHOOL DISTRICT, SALLY LOFTUS. (Attachments: # 1 Proposed Order) (Lanzillo, Richard) (Entered: 08/23/2010) |
| 08/20/2010 | | Minute Entry for proceedings held before Judge Sean J. McLaughlin: Oral Argument held on 8/20/2010 re 21 MOTION to Compel DISCOVERY AND TO DETERMINE SUFFICIENCY OF PLAINTIFF'S RESPONSES TO DEFENDANTS' REQUESTS FOR ADMISSIONS filed by SALLY LOFTUS, IROQUOIS SCHOOL DISTRICT. GRANTED IN PART and DENIED IN PART for the reasons set forth on the record (Court Reporter: Ron Bench) (nk) (Entered: 08/20/2010) |
| 08/20/2010 | 24 | MOTION to Amend/Correct *Complaint* by HEATHER HINTERBERGER. (Attachments: # 1 Exhibit, # 2 Proposed Order) (Jones, T.) (Entered: 08/20/2010) |
| 08/16/2010 | | ORDER granting 23 Motion for Extension of Time to File Plaintiff Pretrial Statement due by 8/25/2010. Defendant Pretrial Statement due by 9/24/2010. Summary Judgment due by 8/25/2010. Response to Summary Judgment due by 9/24/2010. Signed by Judge Sean J. McLaughlin on 8/16/10. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (nk) (Entered: 08/16/2010) |
| 08/16/2010 | 23 | MOTION for Extension of Time to File *DISPOSITIVE MOTIONS AND PRETRIAL STATEMENTS* by IROQUOIS SCHOOL DISTRICT, SALLY LOFTUS. (Attachments: # 1 Proposed Order) (Lanzillo, Richard) (Entered: 08/16/2010) |
| 08/06/2010 | | NOTICE of Oral Argument re 21 MOTION to Compel DISCOVERY AND TO DETERMINE SUFFICIENCY OF PLAINTIFF'S RESPONSES TO DEFENDANTS' REQUESTS FOR ADMISSIONS : Oral Argument set for 8/20/2010 at 2:00 PM in Courtroom C before Sean J. McLaughlin. Text-only entry. No PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (nk) (Entered: 08/06/2010) |
| 07/23/2010 | 22 | BRIEF in Opposition re 21 Motion to Compel *Discovery and to Determine Sufficiency of Plaintiff's Responses to Defendants' Requests for Admissions* filed by HEATHER HINTERBERGER. (Attachments: # 1 Exhibit) (Jones, T.) (Entered: 07/23/2010) |
| 07/08/2010 | | ORDER Response re 21 Motion to Compel; Response to Motion due by 7/28/2010. Signed by Judge Sean J. McLaughlin on 7/8/10. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the |

A 1409

| | | |
|---|---|---|
| | | Court or Notice on the matter. (nk) (Entered: 07/08/2010) |
| 07/07/2010 | 21 | MOTION to Compel DISCOVERY AND TO DETERMINE SUFFICIENCY OF PLAINTIFF'S RESPONSES TO DEFENDANTS' REQUESTS FOR ADMISSIONS by IROQUOIS SCHOOL DISTRICT, SALLY LOFTUS. (Attachments: # 1 Exhibit A, # 2 Proposed Order) (Lanzillo, Richard) (Entered: 07/07/2010) |
| 06/23/2010 | 20 | ORDER granting 19 Motion to Modify Pretrial Schedule; Discovery to close 7/28/10; Plainitff's Pretrial Statement due 8/18/10; Defendant's Pretrial Statement due 9/8/10. Dispositive Motions due by 8/18/10; Response to motions due by 9/17/10. Signed by Judge Sean J. McLaughlin on 6/23/10. (nk) (Entered: 06/23/2010) |
| 06/22/2010 | 19 | Joint MOTION to Modify *PRETRIAL SCHEDULE* by HEATHER HINTERBERGER, IROQUOIS SCHOOL DISTRICT, SALLY LOFTUS. (Attachments: # 1 Proposed Order) (Lanzillo, Richard) (Entered: 06/22/2010) |
| 03/31/2010 | | ORDER granting 18 Motion for Extension of Time to Complete Discovery. Discovery due by 6/28/2010. Plaintiff Pretrial Statement due by 7/18/2010. Defendant Pretrial Statement due by 8/8/2010. Summary Judgment due by 7/18/2010. Response to Summary Judgment due by 8/18/2010. Signed by Judge Sean J. McLaughlin on 3/31/10. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (nk) (Entered: 03/31/2010) |
| 03/31/2010 | 18 | Second MOTION for Extension of Time to Complete Discovery by HEATHER HINTERBERGER. (Jones, T.) (Entered: 03/31/2010) |
| 12/03/2009 | 17 | ORDER granting 16 Motion to Modify pretrial schedule; discovery to close 4/1/10; Plaintiff's Pretrial Statements shall be filed by 4/20/10; Defendant's Pretrial Statements shall be filed by 5/10/10; Expert discovery completed by 6/15/10; dispositive motions 7/9/10; response to said motion 7/29/10. Signed by Judge Sean J. McLaughlin on 12/3/09. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (nk) (Entered: 12/03/2009) |
| 11/30/2009 | 16 | Joint MOTION to Modify *PRETRIAL SCHEDULE* by HEATHER HINTERBERGER, IROQUOIS SCHOOL DISTRICT, SALLY LOFTUS. (Attachments: # 1 Proposed Order) (Lanzillo, Richard) (Entered: 11/30/2009) |
| 09/21/2009 | 15 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Case Management Conference Proceedings held on 7/21/2009 before Judge Sean J. McLaughlin. Court Reporter/Transcriber Ronald J. Bench, Telephone number 814-464-9613. The parties have five (5) business days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely, electronically available to the public without redaction after 90 calendar days. For redaction purposes, or otherwise, during this 90 day period a copy of the transcript may be purchased from the court reporter/transcriber or viewed at the clerk's office public terminal. Notice of Intent for Redaction of Personal Data Identifiers due by 9/28/2009. Redaction Request due 10/13/2009. Redacted Transcript Deadline set for 10/22/2009. Release of Transcript Restriction set for 12/21/2009. (dm) (Entered: |

A 1410

| | | |
|---|---|---|
| | | 09/21/2009) |
| 09/21/2009 | 14 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Hearing on Defendants' Motion to Dismiss Proceedings held on 5/20/2009 before Judge Sean J. McLaughlin. Court Reporter/Transcriber Ronald J. Bench, Telephone number 814-464-9613. The parties have five (5) business days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely, electronically available to the public without redaction after 90 calendar days. For redaction purposes, or otherwise, during this 90 day period a copy of the transcript may be purchased from the court reporter/transcriber or viewed at the clerk's office public terminal. Notice of Intent for Redaction of Personal Data Identifiers due by 9/28/2009. Redaction Request due 10/13/2009. Redacted Transcript Deadline set for 10/22/2009. Release of Transcript Restriction set for 12/21/2009. (dm) (Entered: 09/21/2009) |
| 08/19/2009 | 13 | ORDER REFERRING CASE to Mediation. Matt Wolford is appointed as mediator. Party MATTHEW WOLFORD added. Signed by Judge Sean J. McLaughlin on 8/19/09. (nk) (Entered: 08/19/2009) |
| 08/06/2009 | 12 | CASE MANAGEMENT ORDER: Discovery due by 12/1/2009. Plaintiff Pretrial Statement due by 12/20/2009. Defendant Pretrial Statement due by 1/10/2010. Summary Judgment due by 3/2/2010. Response to Summary Judgment due by 3/22/2010. Signed by Judge Sean J. McLaughlin on 8/6/09. (nk) (Entered: 08/06/2009) |
| 07/21/2009 | | Minute Entry for proceedings held before Judge Sean J. McLaughlin: Case Management Conference held on 7/21/2009. Case Management Order to follow. Text-only entry; no PDF document will issue. This text-only entry constitutes the Courts order or notice on the matter. (Court Reporter: Ron Bench) (nk) (Entered: 07/22/2009) |
| 06/29/2009 | 11 | REPORT of Rule 26(f) Planning Meeting. (Attachments: # 1 Certificate of Service) (Myers, Thomas) (Entered: 06/29/2009) |
| 06/04/2009 | 10 | Errata re 9 Order, Reason for Correction: wrong date/year on order. (nk) (Entered: 06/04/2009) |
| 06/04/2009 | 9 | PRELIMINARY SCHEDULING ORDER that the parties will conduct their Rule 26(f) meeting on or before June 15, 2009. The parties will then exchange their initial disclosures per Fed. R. Civ. P. 26(a)(1)(A)(B)(C) and (D). A joint or individualized report of the Rule 26(f) discovery plan that includes stipulated exceptions to disclosure per Rule 26(a)(1) not to exceed 3 pages in length shall be filed on or before July 6, 2009. In preparing the Rule 26(f) report, the parties must engage in discussion of the available Alternate Dispute Resolution (ADR) mechanisms and fully comply with paragraph 6 of the report, including the submission of their stipulation selecting the appropriate ADR Process. A Fed. R. Civ. P. 16(b) and Local Rule 16.1.1 Case Management Conference will be held before the undersigned on July 21, 2009 at 1:30 p.m. Room A-250, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania. Signed by Judge Sean J. McLaughlin on 6/4/09. (nk) (Entered: 06/04/2009) |
| | | |

A 1411

| | | |
|---|---|---|
| 06/01/2009 | 8 | *DEFENDANTS'* ANSWER to Complaint by IROQUOIS SCHOOL DISTRICT, SALLY LOFTUS. (Lanzillo, Richard) (Entered: 06/01/2009) |
| 05/20/2009 | | Minute Entry for proceedings held before Judge Sean J. McLaughlin: Motion Hearing held on 5/20/2009; GRANTING IN PART AND DENYING IN PART for the Reasons set forth on the record 3 MOTION to Dismiss COMPLAINT filed by SALLY LOFTUS, IROQUOIS SCHOOL DISTRICT. Text-only entry; no PDF document will issue. This text-only entry constitutes the Courts order or notice on the matter (Court Reporter: Ron Bench) (nk) (Entered: 05/21/2009) |
| 05/11/2009 | | NOTICE of Rescheduling Oral Argument re 3 MOTION to Dismiss COMPLAINT rescheduled for 5/20/2009 at 10:00 AM in Courtroom C before Sean J. McLaughlin. Text-only entry. No PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (nk) (Entered: 05/11/2009) |
| 04/27/2009 | | NOTICE of Rescheduling Oral Argument re 3 MOTION to Dismiss COMPLAINT rescheduled for 5/18/2009 at 1:30 PM in Courtroom C before Sean J. McLaughlin. Text-only entry. No PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (nk) (Entered: 04/27/2009) |
| 03/23/2009 | | NOTICE of RESCHEDULING the Oral Argument re 3 MOTION to Dismiss COMPLAINT: Oral Argument is rescheduled for 4/28/09 at 1:30 p.m. before Judge Sean J. McLaughlin. Text-only entry. No PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (nk) (Entered: 03/23/2009) |
| 03/02/2009 | 7 | REPLY BRIEF by IROQUOIS SCHOOL DISTRICT, SALLY LOFTUS *IN SUPPORT OF MOTION TO DISMISS COMPLAINT* filed by IROQUOIS SCHOOL DISTRICT, SALLY LOFTUS. (Lanzillo, Richard) (Entered: 03/02/2009) |
| 02/12/2009 | | NOTICE of Oral Argument on Motion re 3 MOTION to Dismiss COMPLAINT : Oral Argument set for 3/27/2009 at 1:30 PM in Courtroom C before Judge Sean J. McLaughlin. Text-only entry; no PDF document will issue. This text-only entry constitutes the Court's order or notice on the matter. (nk) (Entered: 02/12/2009) |
| 02/11/2009 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 6 Brief in Opposition to Motion. ERROR: Typed name omitted by s/. CORRECTION: Attorney advised of signature requirements. Attorney to resubmit with signature, using Errata event. This message is for informational purposes only. (sdp) (Entered: 02/11/2009) |
| 02/10/2009 | 6 | BRIEF in Opposition re 3 Motion to Dismiss filed by HEATHER HINTERBERGER. (Attachments: # 1 Exhibit Exhibit 1 and 2) (Myers, Thomas) (Entered: 02/10/2009) |
| 01/23/2009 | 5 | NOTICE of Appearance by T. Warren Jones on behalf of HEATHER HINTERBERGER (Jones, T.) (Entered: 01/23/2009) |
| | | |

A 1412

| | | |
|---|---|---|
| 01/22/2009 | | ORDER Response re 4 Brief in Support of Motion; Brief in Opposition due by 2/10/2009. Signed by Judge Sean J. McLaughlin on 1/22/09. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (nk) (Entered: 01/22/2009) |
| 01/19/2009 | 4 | BRIEF in Support re 3 Motion to Dismiss *COMPLAINT* filed by IROQUOIS SCHOOL DISTRICT, SALLY LOFTUS. (Lanzillo, Richard) (Entered: 01/19/2009) |
| 01/16/2009 | 3 | MOTION to Dismiss *COMPLAINT* by IROQUOIS SCHOOL DISTRICT, SALLY LOFTUS. (Lanzillo, Richard) (Entered: 01/16/2009) |
| 11/17/2008 | 2 | NOTICE that instant civil action has been designated for placement into the United States District Court's Alternative Dispute Resolution program. Parties are directed to fully complete the required 26(f) report, which includes the stipulation of selecting an ADR process. Counsel for plaintiff (or in the case of a removal action, counsel for removing defendant) shall make service of the notice on all parties. (nk) (Entered: 11/17/2008) |
| 11/17/2008 | 1 | NOTICE OF REMOVAL from Court of Common Pleas of Erie County, case number 12740-2008 Copies attached: Common Pleas Complaint, Writ of Summons, Docket Sheet ( Filing fee $ 350 receipt number 0315-1071412), filed by IROQUOIS SCHOOL DISTRICT, SALLY LOFTUS. (Attachments: # 1 Civil Cover Sheet, # 2 State Court Docket Sheet, Writ of Summons and Common Pleas Complaint) (dm) (Entered: 11/17/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/02/2013 08:53:13 | | | |
| **PACER Login:** | km0060 | **Client Code:** | 0000000.0000 |
| **Description:** | Docket Report | **Search Criteria:** | 1:08-cv-00317-SJM |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |

A 1413

## **CERTIFICATE OF SERVICE**

I hereby certify that two (2) copies of the foregoing **ADDENDUM TO APPENDIX OF APPELLANT** were sent, via First Class Mail, to the persons listed below on the May 2, 2013.

| | |
|---|---|
| T. Warren Jones, Esq. | Thomas V. Myers, Esq. |
| Marissa Watts, Esq. | Nichols & Myers |
| MacDonald Illig Jones & Britton, LLP | 900 State Street, Suite 104 |
| 100 State Street, Suite 700 | Erie, PA  16501 |
| Erie, PA  16507 | |

I hereby certify that a copy of the Appellant's e-filing with the Court was served via email to the persons listed below on May 2, 2013.

| | |
|---|---|
| T. Warren Jones, Esq. | Thomas V. Myers, Esq. |
| Marissa Watts, Esq. | Nichols & Myers |
| MacDonald Illig Jones & Britton, LLP | 900 State Street, Suite 104 |
| 100 State Street, Suite 700 | Erie, PA  16501 |
| Erie, PA  16507 | |

An original and four (4) copies of **ADDENDUM TO APPENDIX OF APPELLANT** has been sent to the court on the same date as above for filing via United States Certificate of Mailing.

*/s/Richard A. Lanzillo*
Richard A. Lanzillo, Esq.

# 1374088.v1